

11/15/2019 Allowed. No objections filed.

United States Bankruptcy Court
DISTRICT OF MASSACHUSETTS

In re:

Natalie Leonie Wedderburn,                                   Case No.   17-11389
                Debtor                                           Chapter   13

DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL NUNC PRO TUNC

Now comes the debtor, Natalie Leonie Wedderburn, by and through her attorney of record, Melissa A. Conner, and respectfully requests an order authorizing, nunc pro tunc, the employment of Attorney John Arnold of Newlin Law as special counsel.

In support of this Application, the Debtor respectfully states:

1. This case was commenced by the filing of a Chapter 13 petition with the Clerk of this court on April 18, 2017.

2. On or about February 1, 2019, While Debtor was in Orlando, Florida, Debtor was involved in an automobile accident and sustained injuries, which required the services of a personal injury attorney.

3. Debtor was in need of professional services to address a personal injury claim that accrued from the February 1, 2019 injury.

4. Debtor selected Attorney John Arnold of Newlin Law because of his experience in these matters, and the Debtor believed that Attorney Arnold is well qualified to assist her in this case.

5. The duties and responsibilities of Attorney John Arnold were as follows:
   a. Representation of the Debtor in all aspects of the personal injury action described above.

6. Attorney John Newlin's usual place of business is 7335 W. Sand Lake Road, Suite 300, Orlando, FL 32819.

7. To the best of the debtor's knowledge Attorney John Arnold of Newlin Law has no connection with the creditors of the estate, any other party in interest or their respective attorneys and accountants.

8. In connection with the settlement, Debtor employed Attorney John Arnold at the following compensation for services performed: 33.34% of the gross amount collected plus reasonable out-of-pocket expenses.

9. The Affidavit of Attorney Arnold is submitted in support of this Application.