UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

**Natalie Leonie Wedderburn**,                    Case No.  **17-11389**
               Debtor                    Chapter  **13**

**ORDER AUTHORIZING SALE OF REAL ESTATE**

THIS MATTER having come before the Court on the Debtor's Motion for Authority to Sell Certain Assets by Private Sale, filed on May 28, 2020, due and adequate notice of the Motion to Sell and Notice of Sale having been provided to all parties entitled thereto, any objections to the Motion to Sell having been resolved, and it appearing from the record that the Proposed Buyer is a bona fide purchaser for value, that the proposed sale is an arms-length transaction, and that good cause exists for the entry of this order, it is hereby ORDERED:

1. That the Debtor is authorized to sell the property known and numbered **6 Beechwood Street, Boston, Massachusetts 02121** (the "Property") on or after June 30, 2020 to **Davilson DosSantos and Elizabete DosSantos** or his/her assignee, for the sum of $**669,000.00**;

2. That, pursuant to 11 U.S.C. § 363(f) the Property shall be sold free and clear of all liens, claims and encumbrances, with all liens, claims, encumbrances and interests attaching to the proceeds of the Sale to the extent allowable under state law;

3. That the Debtor may pay from the proceeds of the sale the following items:

   a. Broker's commission due to Howe Realty Group, as provided in Paragraph 18 of the Purchase and Sale Agreement;

   b. All outstanding Attorney Fees owed to Special Counsel **Gary F. Kinsella**, not to exceed $1,800.

   c. Payoff balance, as of the closing date, owed to BSI Financial Services as servicing agent for U.S. Bank Trust N.A., as Trustee of the SCIG Series III Trust, on account of the First Mortgage;

   d. Any outstanding liens encumbering the property;

   e. Usual closing costs, deed stamps, and any outstanding municipal taxes or utilities;

4. The Debtor will pay the balance owing on the Chapter 13 plan from the sale's proceeds;
5. A copy of this order may be recorded in the Suffolk Registry of Deeds, which shall serve as prima facie evidence that the sale of the Property is free and clear of all liens, claims and encumbrances.

Dated: June 29, 2020

_____
Melvin S. Hoffman
United States Bankruptcy Judge